**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KARL GARRETT BIELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GARABET K. KHOURJIAN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:13-CV-02346-APG-GWF<br><br>**ORDER**<br><br>(Dkt. #4) |

　　　On July 3, 2014, Magistrate Judge Foley entered a Report & Recommendation (Dkt. #4) recommending I dismiss the Plaintiff's Complaint with prejudice.  No objection has been filed.  I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation.  Judge Foley's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

　　　IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #4) is accepted and Plaintiff's Complaint is DISMISSED with prejudice.

　　　DATED this 20th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE